**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    v.                                                    CASE NO. 3:05cr108/RV

JOHN MICHAEL HUGHES
_____/

## **VERDICT AND JUDGMENT**

      The Government and the defendant have stipulated that, at the time of the commission of the acts constituting the offense charged in the indictment, the defendant was unable to appreciate the nature and quality of the wrongness of his acts because of a severe mental disease or defect.  I have also fully considered all of the psychiatric and psychological reports filed with the court regarding the defendant, and have personally observed the defendant while he has been in court, and have taken into account the defendant's mental condition and all of the facts in the record. I find beyond a reasonable doubt that the defendant is NOT GUILTY ONLY BY REASON OF INSANITY in accordance with Title 18, United States Code, Section 4242(b).

      Further, the Bureau of Prisons and Federal Medical Center Butner, at the Court's request, have completed a risk assessment of the defendant in a report dated September 21, 2006, and have recommended that "he should properly be considered for conditional release under 18 U.S.C. section 4243(f)(2) . . . ."  I accept that report and recommendation and incorporate it into the findings herein.  Accordingly, it is:

      ORDERED that the defendant be conditionally discharged under a prescribed regimen of medical, psychiatric, or psychological care or treatment, specifically

including direct oversight of his medical compliance and supervision of his day-to-day activities.

DONE AND ORDERED this 27th day of October, 2006.

/s/ *Roger Vinson*
**ROGER VINSON**
**Senior United States District Judge**